UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-80432-CIV-ZLOCH

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

vs.                              **FINAL JUDGMENT AND
PERMANENT INJUNCTION AS TO
DEFENDANT PMG CAPITAL, LLC**

PAUL M. GOZZO and PMG CAPITAL,
LLC.

    Defendants.
_____/

    THIS MATTER is before the Court upon the Consent Of Defendant PMG Capital, LLC. (DE 2). The Court has carefully reviewed said Consent and the entire Court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that the Consent of Defendant PMG Capital, LLC be and the same is hereby approved, adopted, and ratified by the Court. And pursuant to Federal Rules of Civil Procedure 65 Final Judgment And Permanent Injunction be and the same is hereby **ENTERED** for Plaintiff Securities And Exchange Commission and against Defendant PMG Capital LLC., as follows:

    I.   Violation Of Section 10(b) of the Exchange Act
                  And Rule 10b-5 Thereunder

    Defendant PMG Capital, LLC. its agents, officers, servants, employees, attorneys, representatives, and all persons in active concert or participation with him, and each said person, directly or indirectly, who receives actual notice of this Final Judgment And Permanent Injunction, by personal service or otherwise, be and

hereby are, permanently **ENJOINED** from knowingly, willfully, or recklessly, directly or indirectly, singly or in concert, in connection with the purchase or sale of any security, by the use of any means or instrumentality of interstate commerce or of the mails, or of any facility of any national securities exchange:

(1) employing any device, scheme, or artifice to defraud;

(2) making any untrue statements of material fact or omitting to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

(3) engaging in any act, practice or course of business which operates or would operate as fraud or deceit upon any person

in violation of Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5, 17 C.F.R. § 240.10b-5, thereunder.

## II.   Penny Stock Bar

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant PMG Capital, LLC. be and the same is hereby permanently **ENJOINED** from participating in an offering of penny stocks, including engaging in activities with a broker, dealer, or issuer for purposes of issuing, trading, or inducing or attempting to induce the purchase or sale of any penny stock.  For the purposes of this Order, a penny stock is defined as any equity security that has a price less than five dollars ($5.00) except as provided in Rule 3A51-1 under the Exchange Act, 17 C.F.R. § 240.3A51-1.

## III.   Incorporation of the Consent Decree

**IT IS FURTHER ORDERED AND ADJUDGED** that the Consent (DE 3) be

and the same is hereby incorporated herein with the same force and effect as if it were fully set forth in this Final Judgment. And Defendant shall comply with all of the undertakings and agreements set forth therein.

### IV.   Retention of Jurisdiction

**IT IS FURTHER ORDERED AND ADJUDGED** that the Court shall retain Jurisdiction of the above-styled cause for the purposes of enforcing the terms of this Final Judgment And Permanent Injunction.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   17th   day of April, 2009.

```
                                    /s/ William J. Zloch
                                   WILLIAM J. ZLOCH
                                   United States District Judge
```

Copies furnished:

All Counsel of Record